# EXHIBIT C



EXHIBIT A