**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division**

Benjamin Haith Intellectual Property LLC

                Plaintiff,

v.                Case No.: 1:24−cv−09792

                Honorable John Robert Blakey

The Partnerships and Unincorporated Associations Identified in Schedule A

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Based upon Plaintiff's notice of voluntary dismissal [48], this case is dismissed with prejudice under Rule 41(a). The Court denies as moot Plaintiff's motion for preliminary injunction [44] and strikes the 3/12/25 Notice of Motion date, as well as all set dates and deadlines. The Court notes that Plaintiff failed to post the bond required in the temporary restraining order; as a result, no bond need be released. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.